## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| TERANCE MORSE, | : | |
| | : | |
| Plaintiff | : | Case No. |
| | : | |
| v. | : | *Electronically Filed* |
| | : | |
| TRANS UNION CORP., | : | |
| | : | |
| Defendant | : | |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Trans Union, LLC, (improperly pled as "Trans Union Corp" herein after "TransUnion") by and through its undersigned counsel, removes this action filed by Plaintiff Terance Morse ("Plaintiff") from the County Court In and For Okaloosa County, Florida – Small Claims Division to the United States District Court for the Northern District of Florida.  In support of this Notice of Removal, TransUnion states the following:

1.  On August 30, 2024, Plaintiff initiated this action by filing a Statement of Claim in the County Court In and For Okaloosa County, Florida, as Case No. 2024 SC 002545 F.  A copy of the Statement of Claim is attached as **Exhibit A**.

2.  Plaintiff's Complaint is based on allegations that TransUnion violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* "FCRA").  *See* Ex. 1 ¶. 2.

3.  TransUnion was served a copy of the Summons only on September 19, 2024. TransUnion was not served a copy of the Statement of Claim. A copy of the Summons is attached as **Exhibit B**.

## **GROUNDS FOR REMOVAL**

4.     Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action to federal court where the court has original jurisdiction, under 28 U.S.C. § 1331, that is, where the civil action arises under the Constitution, laws, or treaties of the United States.

5.     This action arises under 15 U.S.C. § 1681 *et seq.*

6.     Because Okaloosa County is embraced by the United States District Court for the Northern District of Florida, the action is properly removed to the United States District Court for the Northern District of Florida under 28 U.S.C. § 1441(a).

7.     Removal is timely under 28 U.S.C. § 1446 because this Notice of Removal is filed within 30 days after TransUnion's receipt of a copy of the Summons filed in the County Court In and For Okaloosa County, Florida – Small Claims Division.

8.     There are no other defendants named in the Statement of Claim and, as such, there is no consent for removal required.

9.     Attached hereto as **Exhibit C** is a copy of TransUnion's Notice of Filing Notice of Removal to be filed in the County Court In and For Okaloosa County, Florida – Small Claims Division.

10.     Attached hereto as **Exhibit D** is a copy of the Situs Designation Form filed in Case No. 2024 SC 002545 F, County Court In and For Okaloosa County, Florida – Small Claims Division matter.

11.     Attached hereto as **Exhibit E** is a copy of the Designation of Electronic Mail Addresses filed in Case No. 2024 SC 002545 F, County Court In and For Okaloosa County, Florida – Small Claims Division matter.

12.     Attached hereto as **Exhibit F** is the Application for Civil Indigency filed in Case No. 2024 SC 002545 F, County Court In and For Okaloosa County, Florida – Small Claims Division matter.

13.     Attached hereto as **Exhibit G** is the Civil Indigency Application Approved filed in Case No. 2024 SC 002545 F, County Court In and For Okaloosa County, Florida – Small Claims Division matter.

14.     Attached hereto as **Exhibit H** is the Civil Certificate of Indigency filed in Case No. 2024 SC 002545 F, County Court In and For Okaloosa County, Florida – Small Claims Division matter.

15.     Copies of this Notice of Removal shall forthwith be served upon Plaintiff.

16.     Nothing in this Notice shall be interpreted as a waiver or relinquishment of TransUnion's right to assert any defense, including, without limitation, by way of a motion to dismiss or any pre-answer motion under Fed. R. Civ. P. 12.

## <u>CONCLUSION</u>

**WHEREFORE**, TransUnion removes this civil action from the County Court In and For Okaloosa County, Florida – Small Claims Division to the United States District Court for the Northern District of Florida.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Date:  October 3, 2024                    **BUCHANAN INGERSOLL & ROONEY PC**


Respectfully submitted,

By: _/s/ Jennifer L. Nairn_____
Jennifer L. Nairn, Esq.
Fla. Bar No.: 1040930
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Tel: 813-222-8180
Fax: 813-222-8189
Email: jennifer.nairn@bipc.com
_Counsel for Defendant, TransUnion, LLC_

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned further certifies that a true copy of the foregoing was served on the following parties via Email and First Class, U.S. Mail, postage prepaid, on the 3rd day of October 2024, properly addressed as follows:

Terance Morse

2869 Azalea Drive

Eglin AFB, FL 32542

<u>*/s/ Jennifer L. Nairn*</u>
Jennifer L. Nairn, Esq.
